UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 30, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NICKOLAS PERRY, ) <br> Defendant. ) <br> ) | Case No. 2:12-cr-00198-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NICKOLAS PERRY, Case No. 2:12-cr-00198-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $50,000.00.

        _X_   Co-Signed Unsecured Appearance Bond

        ___   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 5/30/2012 at 3:45 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge