**FILED**
May 30, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NICKOLAS PERRY, )<br>Defendant. )<br>) | Case No. 2:12-cr-00198-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NICKOLAS PERRY, Case No. 2:12-cr-00198-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____ Release on Personal Recognizance

     X  Bail Posted in the Sum of: $50,000.00.

         X  Co-Signed Unsecured Appearance Bond

        ____ Secured Appearance Bond

     X  (Other) Conditions as stated on the record.

    ____(Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 5/30/2012 at 3:45 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge