| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | NICKOLAS PERRY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-00198-MCE-25 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE INITIAL APPEARANCE |
| vs. | ) | |
| | ) | |
| NICKOLAS PERRY, | ) | Date: February 13, 2018 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Hon. Edmund F. Brennan |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorneys for Nickolas Perry, **that the initial appearance scheduled for February 13, 2018 be vacated and continued to February 22, 2018 at 2:00 p.m..** Defendant has a schedule conflict with a state court hearing the same day of his initial appearance and requests to reschedule the initial appearance date.

/ / /

/ / /

/ / /

/ / /

Stipulation and [Proposed] Order to Continue Initial Appearance — -1- — *U.S. v. Nickolas Perry*, 2:12-CR-00198-MCE-25

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS
Federal Defender |
| Date: February 12, 2018 | | */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
NICKOLAS PERRY |
| Date: February 12, 2018 | | McGREGOR W. SCOTT
United States Attorney |
| | | */s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorneys for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The February 13, 2018 initial appearance shall be continued until February 22, 2018, at 2:00 p.m. before Magistrate Judge Deborah Barnes.

Dated: February 12, 2018

EDMUND F. BRENNAN
United States Magistrate Judge