HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
NICKOLAS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-198-MCE-25 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
|  | ) **CONTINUE ADMIT/DENY HEARING** |
| vs. | ) |
| NICKOLAS PERRY, | ) Date: May 17, 2018 |
|  | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Nickolas Perry**, that the admit/deny hearing scheduled for May 17, 2018 may be vacated and continued to June 21, 2018 at 10:00 a.m.**

Mr. Perry's alleged violation of supervised release relate to allegations that are the subject of an upcoming state court proceeding. The parties desire to allow the state court proceeding to resolve prior to resolving the instant petition. Mr. Perry is out of custody and in compliance with his conditions of release. Because the pending petition alleges a violation of the conditions of supervised release, the provisions of the Speedy Trial Act do not apply.

///

Stipulation and Order to Continue Admit/Deny Hearing      -1-

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: May 15, 2018 | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>NICKOLAS PERRY |
| | Date: May 15, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Roger Yang*<br>ROGER YANG<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Perry's admit/deny hearing set for May 17, 2018 is continued to June 21, 2018, at 10:00 a.m. before Honorable Morrison C. England Jr.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE