| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN #282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>NICKOLAS PERRY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-198-MCE-25 |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
|  | ) | **CONTINUE ADMIT/DENY HEARING** |
| vs. | ) |  |
|  | ) |  |
| NICKOLAS PERRY, | ) | Date: June 21, 2018 |
|  | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
|  | ) |  |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Nickolas Perry**, that the admit/deny hearing scheduled for June 21, 2018 may be vacated and continued to September 20, 2018 at 10:00 a.m.**

Mr. Perry's alleged violation of supervised release relate to allegations that are the subject of an upcoming state court proceeding. The parties desire to allow the state court proceeding to resolve prior to resolving the instant petition. Mr. Perry is out of custody and in compliance with his conditions of release. Because the pending petition alleges a violation of the conditions of supervised release, the provisions of the Speedy Trial Act do not apply.

///

Stipulation and Order to Continue Admit/Deny Hearing     -1-

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 19, 2018 | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>NICKOLAS PERRY |
| Date: June 19, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Roger Yang*<br>ROGER YANG<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Perry's admit/deny hearing set for June 21, 2018 is continued to September 20, 2018, at 10:00 a.m. before Honorable Morrison C. England Jr.

IT IS SO ORDERED.

Dated: June 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE