| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN #282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | NICKOLAS PERRY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-198-MCE-25 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE DISPOSITIONAL HEARING** |
| vs. | ) |
| NICKOLAS PERRY, | ) Date: December 4, 2019 |
| | ) Time: 1:00 p.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Nickolas Perry**, that the dispositional hearing scheduled for December 4, 2019 may be vacated and continued to January 9, 2020 at 10:00 a.m.**

This continuance is requested to allow defense counsel the opportunity to conduct further legal research and arrange a meeting with Defendant to discuss potential resolution. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

///

///

Stipulation and Order to Continue Admit/Deny Hearing                -1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 27, 2019   */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
NICKOLAS PERRY

Date: November 27, 2019   McGREGOR W. SCOTT
United States Attorney

 */s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Perry's dispositional hearing set for December 4, 2019 is continued to January 9, 2020, at 1:00 p.m. before Honorable Morrison C. England Jr.

IT IS SO ORDERED.

Dated: December 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE