HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
NICKOLAS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-198-MCE-25 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING** |
| vs. | |
| NICKOLAS PERRY, | Date: June 25, 2020 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Nickolas Perry**, that the dispositional hearing scheduled for June 25, 2020 may be vacated and continued to July 30, 2020 at 10:00 a.m.**

Due to the Court's General Order 618, the courthouse is currently, indefinitely closed to the public and district judges have not resumed conducting in-person sentencing hearings. Given the current state of the court closure, the parties request to continue this matter in the hopes that the court may resume in-person hearings by the requested date. Since this case is a supervised release violation proceeding, there is no Speedy Trial Act concern with the requested

1 | continuance.

|   |   | Respectfully submitted, |
|---|---|---|
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 23, 2020 |   | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>NICKOLAS PERRY |
| Date: June 23, 2020 |   | McGREGOR W. SCOTT<br>United States Attorney |
|   |   | */s/ Roger Yang*<br>ROGER YANG<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Perry's dispositional hearing set for June 25, 2020 is continued to July 30, 2020, at 10:00 a.m. before Honorable Morrison C. England Jr.

IT IS SO ORDERED.

Dated: June 24, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE