HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
NICKOLAS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICKOLAS PERRY,<br><br>    Defendant. | Case No. 2:12-cr-198-MCE-25<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING**<br><br>Date: July 30, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Nickolas Perry**, that the dispositional hearing scheduled for July 30, 2020 may be vacated and continued to September 24, 2020 at 10:00 a.m.**

Mr. Perry just completed a state sentence for the offense to which he admitted in this violation proceeding. He is currently being supervised by the Sonoma County Probation on a continuous alcohol monitoring ankle bracelet. He is working at a local café. Defense counsel requests additional time to collect documents relevant to sentencing and to review with Mr. Perry the dispositional memorandum, which defense counsel recently discovered.

Due to the Court's General Order 618, the courthouse is currently, indefinitely closed to the public and district judges have not resumed conducting in-person sentencing hearings. Given the current state of the court closure, the parties request to continue this matter in the hopes that the court may resume in-person hearings by the requested date. Since this case is a supervised release violation proceeding, there is no Speedy Trial Act concern with the requested continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 27, 2020

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
NICKOLAS PERRY

Date: July 27, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorneys for Plaintiff

## **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Perry's dispositional hearing set for July 30, 2020 is continued to September 24, 2020, at 10:00 a.m. before Honorable Morrison C. England Jr.

IT IS SO ORDERED.

Dated:  July 28, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE