HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
NICKOLAS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-198-MCE-25 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING** |
| vs. | Date: September 24, 2020 |
| NICKOLAS PERRY, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Nickolas Perry**, that the dispositional hearing scheduled for September 24, 2020 may be vacated and continued to November 12, 2020 at 10:00 a.m.**

Due to unavailability of defense counsel, this continuance is requested. Mr. Perry completed a state sentence for the offense to which he admitted in this violation proceeding. He is currently being supervised by Sonoma County Probation on a continuous alcohol monitoring ankle bracelet. He is working at a local café. Defense counsel also requests additional time to

///

1  collect documents relevant to sentencing and to review with Mr. Perry the dispositional
2  memorandum, which defense counsel recently discovered.
3      Due to the Court's General Order 618, the courthouse is currently, indefinitely closed to
4  the public and district judges have not resumed conducting in-person sentencing hearings.  Given
5  the current state of the court closure, the parties request to continue this matter in the hopes that
6  the court may resume in-person hearings by the requested date.  Since this case is a supervised
7  release violation proceeding, there is no Speedy Trial Act concern with the requested
8  continuance.

                                                 Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

Date: September 16, 2020                */s/ Jerome Price*
                                                 JEROME PRICE
                                                 Assistant Federal Defender
                                                 Attorneys for Defendant
                                                 NICKOLAS PERRY

Date: September 16, 2020                McGREGOR W. SCOTT
                                                 United States Attorney

                                                 */s/ Roger Yang*
                                                 ROGER YANG
                                                 Assistant United States Attorney
                                                 Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  Mr. Perry's dispositional hearing set for September 24, 2020 is continued to November 12, 2020, at 10:00 a.m. before Honorable Morrison C. England Jr.

IT IS SO ORDERED.

Dated:  September 16, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE