HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
NICKOLAS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-198-MCE-25 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
|  | ) **CONTINUE DISPOSITIONAL HEARING** |
| vs. | ) |
|  | ) Date: November 12, 2020 |
| NICKOLAS PERRY, | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Nickolas Perry**, that the dispositional hearing scheduled for November 12, 2020 may be vacated and continued to December 10, 2020 at 10:00 a.m.**

This continuance is requested to accommodate the scheduling of the court and the parties. Mr. Perry completed a state sentence for the offense to which he admitted in this violation proceeding. He is currently being supervised by Sonoma County Probation on a continuous alcohol monitoring ankle bracelet. He is working at a local café. Mr. Perry has further paid his

///

restitution in full. Since this case is a supervised release violation proceeding, there is no Speedy Trial Act concern with the requested continuance.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Date: October 14, 2020                */s/ Jerome Price*
                                    JEROME PRICE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    NICKOLAS PERRY

Date: October 14, 2020                McGREGOR W. SCOTT
                                    United States Attorney

                                    */s/ Roger Yang*
                                    ROGER YANG
                                    Assistant United States Attorney
                                    Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Perry's dispositional hearing set for November 12, 2020 is continued to December 10, 2020, at 10:00 a.m. before Honorable Morrison C. England Jr.

IT IS SO ORDERED.

Dated: October 16, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE