HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
NICKOLAS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-000198-MCE-25 |
| Plaintiff, | **ORDER** |
| vs. | |
| NICKOLAS PERRY, | |
| Defendant. | |

The Court, having read and considered Defendant's Waiver of Personal Appearance and Consent to Appear Via Videoconference [ECF No. 1450], hereby GRANTS the Defendant's request to appear at the December 10, 2020 dispositional hearing by video conference under the authority provided in General Order 620 and Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act.  The Court finds that the waiver sets forth good cause to proceed by video conference and that the dispositional hearing in this case cannot be further delayed without serious harm to the interest of justice.

**IT IS SO ORDERED.**

DATED: December 10, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE