**CHARLES WOODSON**, SBN 258791
Law Office of Charles Woodson
725 Washington Street
Oakland, California 94607
Telephone: (510) 302-8780
Facsimile: (510) 288-0444
Email: cwoodson@cjswlaw.com

Attorney for Defendant
**NICKOLAS PERRY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. CR 2:12-CR-00198-MCE-25 |
| Plaintiff, | **DEFENDANT NICKOLAS BENJAMIN PERRY'S MOTION TO PERMIT TRAVEL OUTSIDE THE DISTRICT** |
| vs. | |
| **NICKOLAS PERRY**, | Hon. Morris C. England, Jr., U.S. District Judge |
| Defendant. | |

Defendant Nickolas Perry seeks the Court's permission to travel. Mr. Perry would like to travel from San Francisco, California to Los Cabos, México to attend a family vacation with extended family. Mr. Perry would fly from San Francisco, California to Los Cabos on April 14, 2021 and would return to San Francisco on April 20, 2021. Counsel has provided the government and U.S. Probation with Mr. Perry's travel itinerary, his reason for the trip, the names of those who will be traveling with Mr. Perry, and the location where he will be staying. Counsel has not received an objection from the government or U.S. Probation. *See* Fed. R. Crim. Pro. R. 32.1(c)(2).

On April 21, 2021 Mr. Perry will then depart from Los Angeles, California for Cancún, México with a layover in Fort Lauderdale, Florida. Mr. Perry returns from Cancún, México to

San Francisco, California on April 27, 2021. The purpose of the trip is to celebrate his friend's birthday. Counsel for Mr. Perry has provided the government and U.S. Probation with Mr. Perry's travel itinerary, including the reason for the trip, the names of those who will be traveling with Mr. Perry, and the location where he will be staying. Counsel has not received an objection from the government or U.S. Probation. *See* Fed. R. Crim. Pro. R. 32.1(c)(2).

To date, Mr. Perry is in compliance with the terms and conditions of his supervised release conditions. He has paid off the restitution ($107,941.54), he has participated in outpatient correctional treatment program regarding alcohol abuse, he is employed, he is in contact with his probation officer, and he has approximately 8 months left on supervised release. Mr. Perry completed one year of electronic monitoring, without incident, and Mr. Perry fully intends on complying with the remaining terms and conditions of supervised release, including those in place while he is traveling.

This Court has broad discretion in imposing terms of supervised release and 18 U.S.C. § 3583(e) gives the Court broad discretion to determine whether to grant Mr. Perry's request. *See United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014); 18 U.S.C. § 3563(b)(14). The relevant factors (*see* 18 U.S.C. § 3553(a)) the Court must consider do not undermine Mr. Perry's request to travel to México for a short period of time.

To be clear, Mr. Perry is not seeking to terminate his supervised release. Mr. Perry is merely seeking permission to travel. U.S.S.G. § 5D1.3(c)(3). Mr. Perry is not seeking to permanently modify his travel restrictions. Mr. Perry agrees the travel restriction is an important tool used to effectively monitor his movement and activities in order to address potential risks to the public. 18 U.S.C. § 3553(a)(2)(C). Mr. Perry has mitigated the public safety concerns by providing the government and U.S. probation with his travel itinerary, the purpose of travel, and the names of the individuals who he will be travelling with. Mr. Perry also notes that he has a good relationship with his probation officer who is aware of the strides he has made towards rehabilitation.

Mr. Perry is aware that the timing of his request is late and that he should have provided his probation officer with a travel request at a much earlier date. Mr. Perry understands the timing

of his request may potentially impact the Court's determination, but he respectfully urges the Court to grant this request in spite of its tardiness. As the Court is well aware, Mr. Perry has been on supervision for many months and Mr. Perry has not had the opportunity to take a vacation with his family and friends in several years. Mr. Perry has made tremendous strides towards rehabilitation and his efforts demonstrate that he is progressing in the right direction.

Mr. Perry's underlying conviction was trafficking in marijuana. Mr. Perry is also on felony probation in the state of California and Mr. Perry is seeking the state of California's permission to travel. Notwithstanding, his travel request makes it plainly evident that he is complying with the terms and conditions of supervision. Rather than attempt to circumvent or disregard supervision, Mr. Perry's request shows maturity and an assumption of responsibility by petitioning the Court. Someone who is in compliance with the terms and conditions of their supervised release conditions should be accorded the ability (responsibility) to live life, knowing full and well that the consequences of any potential mistakes will lead to the loss of liberty.

## CONCLUSION

Mr. Perry respectfully requests the Court grant his motion to allow him to travel.

Date: April 9, 2021                                    Respectfully submitted,

                                                       s/ *Charles Woodson*
                                                       CHARLES WOODSON
                                                       Counsel for Defendant
                                                       NICKOLAS BENJAMIN PERRY

ORDER

IT IS SO ORDERED that the conditions of defendant Nickolas Perry's Supervised Release shall be modified as follows:

Mr. Perry may travel on April 14, 2021 from San Francisco, California to Cabo San Lucas, México to participate in his family's vacation. Mr. Perry shall return to the Northern District of California on or before April 20, 2021.

FURTHER, Mr. Perry may travel on April 21, 2021 from San Francisco, California to Cancún, México to vacation with friends. Mr. Perry shall return to the Northern District of California on or before April 27, 2021.

All other terms and conditions of Mr. Perry's Supervised Release shall remain the same.

Dated:  April 14, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE